**Barbara A. MONEY, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 01–1135.

United States Court of Appeals, Fourth Circuit.

Decided June 13, 2001.

Submitted June 29, 2001.

Stephen F. Shea, Willoner, Calabrese & Rosen, P.A., College Park, MD, for appellant. Lynne A. Battaglia, United States Attorney, Ariana Wright Arnold, Assistant United States Attorney, Charlotte Hardnett, Acting General, Frank V. Smith, Acting Deputy General, John M. Sacchetti, Associate General Counsel, George G. Davidson, Office of the General, Social Security Division, Department of Health and Human Services, Baltimore, MD, for appellee.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Barbara A. Money appeals the magistrate judge's order* granting summary judgment in favor of the Commissioner of Social Security in Money's action for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C.A. §§ 401–433 (West Supp.2000). This Court must uphold the denial of such benefits if the decision is supported by substantial evidence and the correct legal standard was applied. *See* 42 U.S.C.A. § 405(g) (West Supp .2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp.2000).